the State of New York against Edward Silverstein. No opinion. Motion granted; time extended to August 1st. Settle order on notice.

PEOPLE, Respondent, v. SORIANO, Appellant. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Proceeding by the People of the State of New York, on complaint of Theresa Soriano, against Joseph Soriano.

PER CURIAM. Motion denied, upon the ground that, pursuant to the provisions of sections 74 and 94, c. 659, of the Laws of 1910, and title 3, part 5, of the Code of Criminal Procedure, the judgment of the Appellate Division of the Supreme Court upon an appeal in this proceeding is final. See, also, 141 N. Y. Supp. 1140.

PEOPLE, Respondent, v. STEWART, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Proceeding by the People of the State of New York against Edward Stewart. No opinion. Judgment of conviction affirmed.

PEOPLE v. STILWELL et al. (Supreme Court, Appellate Division, First Department. May 31, 1913.) Proceeding by the People of the State of New York against Arthur D. Stilwell and others. No opinion. Motion granted, and case set down for June 2, 1913. See, also, 78 Misc. Rep. 96, 138 N. Y. Supp. 693; 142 N. Y. Supp. 881.

PEOPLE, Respondent, v. STONE, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Proceeding by the People of the State of New York against Alfred Stone.

PER CURIAM. Judgment of conviction and order of the County Court of Kings county affirmed.

JENKS, P. J., and CARR, J., dissent.

PEOPLE, Respondent, v. WINTER, Appellant. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Proceeding by the People of the State of New York against Frank Winter, alias Smith. No opinion. Judgment of conviction of the County Court of Kings county affirmed.

PEOPLE ex rel. ALLOCCA, Appellant, v. WARDEN OF CITY PRISON, Respondent. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Proceeding by the People of the State of New York, on the relation of Ralph Allocca, against the Warden of the City Prison. No opinion. Motion to dismiss appeal granted. See, also, 141 N. Y. Supp. 1140.

PEOPLE ex rel. BRAUN v. HENNESSY et al., Board of Assessors. (Supreme Court, Appellate Division, Second Department. May 29, 1913.) Proceeding by the People of the State of New York, on relation of Barbara Braun, individually and as executrix, etc., against Joseph P. Hennessy and others, composing the Board of Assessors of the City of New York. No opinion. Writ of certiorari dismissed, with $50 costs.

PEOPLE ex rel. BRETSCH v. BOARD OF EDUCATION OF CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Proceeding by the People of the State of New York, on the relation of Homer L. Bretsch, against the Board of Education of the City of New York and others. No opinion. Motion denied, with $10 costs. See, also, 141 N. Y. Supp. 1141.

PEOPLE ex rel. CASSISO, Appellant, v. WARDEN OF CITY PRISON, Respondent. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Proceeding by the People of the State of New York, on the relation of Antonio Cassiso, against the Warden of the City Prison. No opinion. Motion to dismiss appeal granted.

PEOPLE ex rel. CLANCY v. WALDO, Police Com'r, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Proceeding by the People of the State of New York, on the relation of Peter Clancy, against Rhinelander Waldo, as Police Commissioner. T. A. Leary, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs. Order filed.

PEOPLE ex rel. DAMSKY, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Proceeding by the People of the State of New York, on complaint of Estelle Damsky, against Julius Cohen. No opinion. Motion denied, upon condition that appellant serve his case, place the same on the next calendar, and be ready for argument when reached; otherwise, motion granted.

PEOPLE ex rel. DAWKINS, Appellant, v. WARDEN OF SING SING PRISON, Respondent. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Proceeding by the People of the State of New York, on the relation of George Dawkins, against the Warden of Sing Sing Prison. No opinion. Motion to dismiss appeal granted.

PEOPLE ex rel. DEANS v. WALDO, Com'r. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Proceeding by the People of the State of New York, on the relation of William Deans, against Rhinelander Waldo, as Commissioner. N. J. Slicklen, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs. Order filed.

PEOPLE ex rel. INGERSOLL v. SMITH et al. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Proceeding by the People of the State of New York, on the